Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 309-3333

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| JANET GIANCOLA | CASE NUMBER: 2:11-cv-00487-GMN-RJJ |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled. The above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated 29 day of October, 2012.     Dated 26 day of October, 2012.

FREEMAN & ASSOCIATES                 BENSON, BERTOLDO, BAKER & CARTER, CHTD.

_____      _____
Robert W. Freeman, Jr., Esq.         Brett Carter, Esq.
Nevada Bar No. 3062                  Nevada Bar No. 005904
1060 Wigwam Parkway                  7408 West Sahara Avenue
Henderson, Nevada 89074              Las Vegas, Nevada 89117
Attorneys for Defendant              Attorneys for Plaintiff
American Family Mutual Insurance
Company

## ORDER

**IT IS SO ORDERED** this 30th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge